IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

        Plaintiff,                1: 05 CV 1326 OWW WMW PC

    vs.                             FINDINGS AND RECOMMENDATION

SERGEANT GONZALES,

        Defendant.

       Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at the Substance Abuse Treatment Facility at Corcoran, brings this civil rights action against Defendant Sergeant Gonzales, A Correctional Sergeant employed by the CDCR at Pleasant Valley State Prison.

       On June 19, 2008, findings and recommendations were entered, recommending that this action be dismissed. The recommendation was based on Plaintiff's failure to allege that the disciplinary conviction that he is challenging has been invalidated. Plaintiff filed objections to the findings and recommendations. Plaintiff indicates that he has other claims in his first amended complaint. The first amended complaint refers to several individuals, but failed to identify any particular defendants.

       On July 15, 2008, an order was entered, advising Plaintiff that he needed to identify individual defendants, and charge them with specific conduct. The court specifically found that

1  the first amended complaint failed to state a claim for relief.  In that order, the court dismissed
2  the first amended complaint and granted Plaintiff leave to file a second amended complaint.
3  Plaintiff failed to do so.   The court therefore recommends dismissal without prejudice, pursuant
4  to Local Rule 11-110,  for failure to obey a court order.
5          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
6  without prejudice for failure to obey a court order.
7          These findings and recommendations are submitted to the United States District
8  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
9  twenty days after being served with these findings and recommendations, plaintiff may file
10 written objections with the court.  Such a document should be captioned "Objections to
11 Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
12 objections within the specified time waives all objections to the judge's findings of fact.  See
13 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
14 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
15 F.2d 1153 (9th Cir. 1991).

17 IT IS SO ORDERED.
18 **Dated:   September 12, 2008**              **/s/  William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE

2