IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND WRIGHT,

       Plaintiff,            1: 05 CV 1326 OWW WMW PC

  vs.                              ORDER

SGT. GONZALES, et al.,

       Defendants.

      On July 18, 2006, the operative complaint was dismissed with leave to amend. On July 31, 2006, Plaintiff filed a first amended complaint. On June 19, 2008, findings and recommendations were entered, recommending that this action be dismissed. Plaintiff filed objections to the findings and recommendations. On July 15, 2008, an order was entered, vacating the findings and recommendations and granting Plaintiff leave to file a second amended complaint. Plaintiff failed to do so, and on September 15, 2007, a recommendation of dismissal was entered. Plaintiff filed objections.

      In his objections, Plaintiff indicates that he did not receive the July 15, 2008, order vacating the findings and recommendations and granting leave to file an amended complaint. The court will provide Plaintiff with a copy of that order, and grant him an extension of time in which to file a second amended complaint. Should he fail to do so, the September 15, 2008,

recommendation of dismissal will be submitted to the District Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to send to Plaintiff a copy of the July 15, 2008, order.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

IT IS SO ORDERED.

**Dated:    October 10, 2008**             /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE